UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT AVALLONE, | : |
|         Plaintiff, | : |
| | : |
|     v. | : Docket No. 2:06-CV-253 |
| | :         2:07-CV-1 |
| ROBERT HOFMAN, LESA TROWT, | : (Consolidated) |
| DR. SUSAN WEHRY, JOHN DOE, | : |
| JANE DOE, VERMONT DEPARTMENT | : |
| OF CORRECTIONS, DR. JOHN | : |
| LEPPMAN, DR. ROUSSE, PRISON | : |
| HEALTH SERVICES, DR. BALLARD, | : |
| MHM CORRECTIONAL SERVICES, INC., | : |
|         Defendants. | : |

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed March 10, 2009. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The motions to dismiss filed by defendant Lisa Trowt (Paper 55) and Dr. Ballard and MHM Correctional Services, Inc., (Paper 57) are DENIED. The parties are to submit a new discovery schedule order within twenty days from the date of this order. If Plaintiff fails to abide by said discovery order, sanctions, including dismissal may be ordered.

Dated at Burlington, in the District of Vermont, this 31st day of March, 2009.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge